UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JORDAN MICHAEL DRAKE,

Petitioner,

v.

B. BIRKHOLZ, Warden.,

Respondent.

Case No. 2:25-CV-04103-MCS-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) the Report and Recommendation is approved and accepted; (2) Judgment shall be entered dismissing the Petition and this action without prejudice as moot.

DATED: October 15, 2026

HON. MARK C. SCARSI
United States District Judge