JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JORDAN MICHAEL DRAKE,

Petitioner,

v.

B. BIRKHOLZ, Warden,

Respondent.

Case No. 2:25-CV-04103-MCS-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that Petitioner's request for habeas relief is denied, with no further proceedings, consistent with the reasons and findings set forth in the Order Accepting Findings and Recommendations of United States Magistrate Judge.

DATED: October 15, 2026

Mark C. Scarsi

HON. MARK C. SCARSI
United States District Judge